**Order entered April 29, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00123-CV

**BRINSON BENEFITS, INC., Appellant**

**V.**

**LINDA HOOPER, SEAN SENDELBACH AND HOLMES MURPHY & ASSOCIATES, INC., Appellees**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-07520**

## ORDER

We **GRANT** court reporter David W. Langford's April 27, 2015 request for extension of time to file the record and **ORDER** the reporter's record be filed no later than May 27, 2015.

/s/    CRAIG STODDART
        JUSTICE